# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 18, 2018

## NO. 03-18-00102-CV

**Harold Almon, Appellant**

**v.**

**Skyline Terrace Apartments, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND TOTH
## DISMISSED AS MOOT-- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on February 7, 2018. Having reviewed the record, the Court concludes that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.